## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN ROCA,<br><br>        Plaintiff,<br><br>        v.<br><br>EXTENSIVE ENTERPRISES MEDIA L.L.C.,<br><br>        Defendant. | Case No: 8:23-cv-01219-CEH-JSS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff JOHN ROCA, by and through counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court adjourn all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within forty-five (45) days.

DATED: September 5, 2023

                                          **SANDERS LAW GROUP**

                                          By:   */s/ Craig Sanders*
                                          Craig Sanders, Esq. (Fla Bar 0985686)
                                          333 Earle Ovington Blvd, Suite 402
                                          Uniondale, NY 11553
                                          Tel: (516) 203-7600
                                          Email: csanders@sanderslaw.group
                                          *Attorneys for Plaintiff*