UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN ROCA,

    Plaintiff,

v.                                Case No: 8:23-cv-1219-CEH-J_S

EXTENSIVE ENTERPRISES MEDIA
L.L.C.,

    Defendant.
_____

**ORDER**

    This matter is before the Court upon review of the file. Pursuant to a Notice of Settlement (Doc. 18), the Court entered an Order on September 5, 2023, dismissing this action without prejudice and providing the parties an opportunity to submit, within sixty days, a stipulation or final judgment for dismissal with prejudice (Doc. 19). The Court advised that after that 60-day period, the dismissal would be with prejudice. More than sixty days have passed, and the parties have not submitted a stipulation or final judgment, nor have they requested additional time to do so. Therefore, this matter will be dismissed with prejudice.

    Accordingly, it is now **ORDERED**:

    1. This action is dismissed, with prejudice.

    2. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 17, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties